IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MAJOR GENERAL THOMAS P.                )
HARWOOD III,                           )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )      Civil Action No. 1:17cv0484 (LO/JFA)
                                       )
AMERICAN AIRLINES, INC.,               )
                                       )
            Defendant.                 )
_____)

## ORDER

On Friday, January 12, 2018, the parties appeared before the court to present argument on

plaintiff's motion to compel defendant to respond to requests for production of documents and to

produce 30(b)(6) testimony (Docket no. 25).  Upon consideration of the motion, memorandum in

support (Docket no. 27), opposition (Docket no. 28), and reply (Docket no. 29), and for the

reasons stated from the bench, it is hereby

ORDERED that plaintiff's motion to compel is granted in part, denied in part.

Entered this 12th day of January, 2018.

                                   _____/s/_____
                                   John F. Anderson
                                   United States Magistrate Judge
                                       John F. Anderson
Alexandria, Virginia                   United States Magistrate Judge