**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **MAJOR GENERAL THOMAS P. HARWOOD III**<br><br>*Plaintiff*,<br><br>v.<br><br>**AMERICAN AIRLINES, INC.**<br><br>*Defendant*. | Case No. 1:17-cv-00484-LO-JFA |

**PLAINTIFF'S CONSENT MOTION TO STAY DEADLINES FOR FILING OF BILL OF COSTS AND MOTION FOR FEES**
**AND TO STAY DEADLINE FOR NOTICE OF APPEAL**

1. On May 24, 2018, the Court granted in part and denied in part Plaintiff's Motion for Summary Judgment (Dkt. Nos. 53 and 54).

2. At the same time, on May 24, 2018, the Court ordered that Plaintiff submit a brief no later than June 12, 2018, regarding appropriate relief. (Dkt. No. 54). The Court has set a briefing schedule for appropriate relief that will end with oral argument on July 6, 2018. *Id*.

3. The Clerk of Court then entered judgment in favor of Plaintiff Thomas Harwood on May 24, 2018 (Dkt. No. 55).

4. Under Local Rule 54(d), Plaintiffs' Bill of Costs would be due 11 days after entry of judgment, which would be Monday, June 4, 2018.

5. Under Federal Rule of Civil Procedure 54(d)(2)(B), a Motion for Fees ("Fee Petition") must be filed no later than 14 days after entry of judgment, which would be Thursday, June 7, 2018.

6. Because of the length of the litigation that will require significant work to

1

properly support both the Bill of Costs and the Fee Petition, as well as the intervening briefing on relief which affects the Fee Petition, Plaintiffs' counsel have sought, and Defendant's counsel have consented to this motion to extend the deadlines for the filing of both the Bill of Costs and the Fee Petition to 15 days after the Court rules upon appropriate relief.

7. Parties must file a Notice of Appeal, if any, within 30 days of entry of judgment, which would be Monday, June 25, 2018, given that June 23, 2018, is a Saturday.

8. Plaintiff seeks, and Defendant has consented to, a stay of this deadline for 15 days after the Court rules upon the appropriate relief.

9. Under the stays sought, the deadlines for the filing of the Bill of Costs, the Motion for Attorneys' Fees and Costs, and the Deadline to File a Notice of Appeal would be stayed and would be due 15 days after the Court enters and order on appropriate relief.

10. Neither the Plaintiffs nor the Defendant will suffer prejudice as a result of such a stay.

For all the foregoing reasons, Plaintiffs respectfully request that this Court grant the Consent Motion and enter the attached Proposed Order.

Dated: May 31, 2018

                                            Respectfully submitted,

                                                  /s/
                                        Adam Augustine Carter
                                        R. Scott Oswald
                                        The Employment Law Group, P.C.
                                        888 17th St. NW, 9th floor
                                        Washington, D.C. 20006
                                        (202) 261-2803
                                        (202) 261-2835(facsimile)
                                        acarter@employmentlawgroup.com
                                        soswald@employmentlawgroup.com
                                        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via ECF on May 31, 2018 upon:

Matthew F. Nieman, Esq.
Conrad S. Kee, Esq.
JACKSON LEWIS P.C.
10701 Parkridge Boulevard
Suite 300
Reston, VA 20191
Tel: (703) 483-8300
Fax: (703) 483-8301
niemanm@jacksonlewis.com
KEEC@JacksonLewis.com
*Counsel for Defendant*

/s/ Adam Augustine Carter
Adam Augustine Carter, VSB #32722
R. Scott Oswald
The Employment Law Group, P.C.
888 17th St. NW, 9th floor
Washington, D.C. 20006
(202) 261-2803
(202) 261-2835(facsimile)
acarter@employmentlawgroup.com
soswald@employmentlawgroup.com
*Counsel for Plaintiff*