FILED: July 28, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-2033 (L)
(1:17-cv-00484-LO-JFA)

_____

MAJOR GENERAL THOMAS P. HARWOOD, III

    Plaintiff - Appellant

v.

AMERICAN AIRLINES, INC.

    Defendant - Appellee

_____

No. 18-2074
(1:17-cv-00484-LO-JFA)

_____

MAJOR GENERAL THOMAS P. HARWOOD, III

    Plaintiff - Appellee

v.

AMERICAN AIRLINES, INC.

    Defendant - Appellant

_____

MANDATE

_____

The judgment of this court, entered July 6, 2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*