UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MAJOR GENERAL THOMAS P. HARWOOD, III,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>*Defendant*. | Case No. 1:17-cv-00484-LO-JFA |

**PLAINTIFF'S PETITION FOR SUPPLEMENTAL AWARD OF
<u>ATTORNEY'S FEES AND COSTS</u>**

COMES NOW Plaintiff Major General Thomas P. Harwood, III, by and through counsel, and pursuant to 38 U.S.C. § 4323(h)(2) and 20 CFR § 1002.310, hereby submits his Petition for a Supplemental Award of Attorney's Fees and Costs. In support of this Petition, Harwood refers the Court to his Memorandum of Points and Authorities and supporting exhibits. Plaintiff requests a hearing on this petition.

Dated: November 9, 2020.

                                                                                  Respectfully submitted,

                                                                                  /s/ Nicholas W. Woodfield
                                                                                  Nicholas W. Woodfield, VA Bar No. 48938
                                                                                  Adam Augustine Carter, VA Bar No. 32722
                                                                                 R. Scott Oswald, VA Bar No. 41770
                                                                                 Andrew D. Howell, VA Bar No. 90799
                                                                                  The Employment Law Group, PC
                                                                                  888 17th Street, NW, Suite 900
                                                                                  Washington, DC 20006
                                                                                  (202) 261-2803
                                                                                  (202) 261-2835 (facsimile)
                                                                                  nwoodfield@employmentlawgroup.com
                                                                                 acarter@employmentlawgroup.com
                                                                                 soswald@employmentlawgroup.com
                                                                                 dhowell@employmentlawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2020, a copy of the foregoing was served via ECF to the following:

Matthew F. Nieman, Esq.
Jackson Lewis
10701 Parkridge Boulevard, Suite 300
Reston, VA 20191
703 483 8300
niemanm@jacksonlewis.com

Anton Metlitsky (admitted *pro hac vice*)
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036
212 326 2000
ametlitsky@omm.com

Jason Zarrow (admitted *pro hac vice*)
O'Melveny & Myers LLP
400 South Hope Street
18th Floor
Los Angeles, California 90071
213 430 6000
jzarrow@omm.com

/s/ Nicholas W. Woodfield
Nicholas W. Woodfield, Esq.